1   DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   MICHAEL PATRICK BRAZIL

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO.  1:06-cr-00061 AWI
                                       )
12                 Plaintiff,          )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE AND RESET MOTION
13         v.                          )   BRIEFING SCHEDULE AND ORDER
                                       )   THEREON
14  MICHAEL PATRICK BRAZIL,            )
                                       )   Date:  May 8, 2006
15                 Defendant.          )   Time:  9:00 a.m.
                                       )   Judge: Hon. Anthony W. Ishii
16  _____)

17         IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for Plaintiff,

19  and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Michael Brazil,

20  that the date for status conference in this matter may be continued to May 8, 2006.  It is also

21  requested that a new motion briefing schedule be ordered.  It is requested that any additional

22  motions may be filed by April 17, 2006; that any response or opposition may be filed by May1,

23  2006; and that status conference and hearing on the motions may be set for May 8, 2006.  **The**

24  **date currently set for status conference is April 10, 2006.  The requested new date is May 8,**

25  **2006.**

26         Mr. Brazil makes this request to allow for the completion of additional investigation

27  prior to  filing motions in this matter.

28         The parties agree that the delay resulting from the continuance shall be excluded as

1 necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing

2 of pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

3

4                                             McGREGOR W. SCOTT
                                              United States Attorney
5

6 DATED: April 6, 2006              By   /s/ David L. Gappa
                                          DAVID L. GAPPA
7                                         Assistant United States Attorney
                                          Attorney for Plaintiff
8

9                                             DANIEL J. BRODERICK
                                              Acting Federal Defender
10

11 DATED: April 6, 2006             By  /s/ Eric V. Kersten
                                         ERIC V. KERSTEN
12                                       Assistant Federal Defender
                                         Attorney for Defendant
13                                       Michael Patrick Brazil

14

15

16

17                              **O R D E R**

18     **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

19 pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

20

21 IT IS SO ORDERED.

22 **Dated:    April 7, 2006**              _____/s/ Anthony W. Ishii_____
   0m8i78                                   UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28