DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL PATRICK BRAZIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06cr0061 AWI |
| Plaintiff, | (Mag. No. 1:06mj0041) |
| v. | REQUEST FOR VOLUNTARY DISMISSAL; APPELLANT'S CONSENT TO DISMISSAL; ORDER |
| MICHAEL PATRICK BRAZIL, | |
| Defendant. | |

Defendant, Michael Patrick Brazil, appealed a shackling order issued by the Hon. Sandra M. Snyder, United States Magistrate Judge. The matter has been assigned to the docket of the Honorable Anthony W. Ishii. After due consideration of the record of proceedings in this case, the defense requests that the appeal be dismissed.

DATED: 9-25-06

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Eric V. Kersten for
CARRIE S. LEONETTI
Assistant Federal Defender
Attorneys for Defendant

**APPELLANT'S CONSENT TO DISMISSAL**

I have fully discussed my appeal with my attorney and I hereby consent to dismissal

of my appeal.

DATED: 9-25-06

/s/ Michael P. Brazil
Michael Patrick Brazil

**O R D E R**

IT IS SO ORDERED.

**Dated:   September 26, 2006**          /s/ **Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE